IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**PAUL ANDREW NIXSON,**
    **Plaintiff,**

vs.    3:06cv42/RV/MD

**M. BATSON,**
    **Defendant.**

_____

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on September 27, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.   The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.   The defendant's motion for summary judgment (doc. 14) is DENIED and this matter is remanded to the magistrate judge for further proceedings.

DONE AND ORDERED this 13th day of November, 2006.

                                            **/s/** *Roger Vinson*
                                            **ROGER VINSON**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**